Ross Cornell, Esq., APC (SBN210413)
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802

Phone: (562) 612-1708

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW VERDIGLIONE<br><br>Plaintiff(s),<br>v.<br><br>PATRICK WONG, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>8:19-cv-01096-DOC-JDE<br><br>**NOTICE AND ORDER OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

WITH PREJUDICE

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| August 6, 2019 | /s/ Ross Cornell |
| *Date* | *Signature of Attorney/Party* |

SO ORDERED.
Dated: August 6, 2019

*David O. Carter*
DAVID O. CARTER, U.S. District Judge

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*